# **<u>Exhibit A</u>**

Docket



# CRIMINAL DOCKET
## United States District Court for the District of Columbia

CASE CLOSED

| PARTIES | ATTORNEYS | | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES | U. S. ATTORNEY EVANS | G. J. NO. | 1895-69 |
| VS. | | | |
| JOSEPH E. MARSHALL, JR. (21) also known as Wesley R. Pittman and as John Johnson | ~~M. Michael M. Cramer~~ ~~1225 Conn. Ave., N.W. Suite 508~~ John Dwyer Wm.T. Shannon, Assoc. Counsel 517 Ring Bldg. 1200 18th St. | Orig. | PRATT, J. |
| | Robert N. Hausman (Appeal) 1700 Pa. Ave., NW 1747 Pa. Ave. NW | DATE FILED | CHARGE: ASSLT.W/I TO KILL W/ARMD.,ASSLT,W/I TO KILL ARMD.ROB.,ROB.,SODOMY, CDW,1st.DEG.MURDER(22, BOND:DCC 501, 3502,2901, 3502,3204,2401) |
| | John Dwyer A/C 2019 R St. N. W. | | |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1969Dec | 10 | PRESENTMENT AND INDICTMENT FILED  (7 Counts) |
| 1969Dec | 16 | Deft. failed to appear for A/C. BENCH WARRANT ORDERED & ISSUED. CURRAN, C.J.   Rep-P.Brockmeyer |
| 1969Dec | 24 | CASE CALLED FOR PURPOSE OF ARRAIGNING DEFT: Deft. is presently confined in Jail in New York; Asst. U.S. Atty to make arragments to have deft. returned to this jurisdiction to stand trial. PRATT, J. (Rep-K. Bryholdt) |
| 1970Feb | 11 | Petition for writ of habeas corpus ad prosequendum. (fiat) filed Writ issued to Officer-in-Charge, Brooklyn House of Detention, Brooklyn, NY, et al for return of deft to this jurisdiction. Orig. petition is filed in CR 1709-69. PRATT, J.   Rep-K.Bryholdt |
| 1970Feb | 20 | Order dated 2-20-70 apptg M.Michael M.Cramer & leave to proceed FP. DOYLE, M. |
| 1970Feb | 26 | ARR: FNG; comm; comm. issued.  C/F  Order directing deft to provide fingerprints, palm prints, head, body and pubic hair and a blood sample.(Orig.order filed in Cr 1709-69). Laurence Levitan,Esq. (for M.Mich.Cramer for ARR only) PRATT, J.   Rep-K. Bryholdt |
| 1970Jun | 11 | Order dtd 6-10-70 apptg John Dwyer & vac. M. Michael Cramer & leave to proceed FP.        DOYLE, M. |
| 1970Jun | 12 | Order apptg William T. Shannon, Esq., as Associate Counsel for deft.    DOYLE, M. (CONTINUED) |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. **JOSEPH E. MARSHALL, JR.**  Cr. No. **1895-69**  Supplemental Page No. 1
a/k/a ~~Wesley R. Pittman and~~ John Johnson

| DATE | | PROCEEDINGS | |
|---|---|---|---|
| 1970 Jul | 8 | Petition for writ of habeas corpus ad prosequendum, filed. | |
| | | Writ Issued to Warden Sing Sing Prison, Ossining, N.Y. et al to return deft for 7-23-70 to stand trial. (Originals have been filed in Cr. 1709-69) SIRICA, J.; Rep-N.Sokal | |
| 1970 Aug | 19 | Order commiting deft to St. Eliz Hosp for period not to exceed 90 days for examination & report to Court.  PRATT, J. | |
| 1970 Nov | 23 | Letter from St. E. 11-18-70 advising deft is competent for trial (N) PRATT, J. | |
| 1970 Dec | 17 | Comp. Hearing, deft competent to stand trial. Trial date to be set in March, counsel to advise chambers of date certain. Remanded  J.Dwyer, atty  PRATT, J.   Rep-K.Byrholdt | |
| 1971 Mar | 11 | Capital list of jurors and witnesses served 3-10-71, filed. | |
| 1971 Mar | 15 | PRETRIAL: Motion of deft. to Suppress Evidence and Testimony, ARGUED AND GRANTED in part and DENIED in part; Jurors Sworn on Voir Dire; Jury and 2 Alts. Sworn; Testimony taken, Respited to 3-16-71 at 10:00. Additional List of Gov't. Witnesses, filed. PRATT,J.,  Rep-K.Byrholdt, P.Harper, D. Spencer, ATTYS: J.Dwyer,W.Shannon | |
| 1971 Mar | 16 | Trial Resumed; Same Jury & 2 alts; Respited to 3-17-71 at 10:00 a.m.,  Rem. PRATT,J.,Reps Byrholdt,Horning,Spencer, J.Dwyer, W. Shannon,Attys. | |
| 1971 Mar | 16 | Application and Authorization for DAILY COPY of trial and all preliminary motion filed. (N)  PRATT, J. | |
| 1971 Mar | 17 | Trial resumed; same jury and 2 alts; Forthwith Subpoenas Issued to Myrtle Miller, Off. Robert L. McCracken & Off. James A. Lee to testify for deft.  PRATT, J. Respited to 3-18-71 at 10:00; Rem.  John Dwyer,Atty & Wm.T.Shannon,Co-Counsel  PRATT, J.  Reps-P.Harper,A.M.;G.Horning,P.M. & D.Spencer,P.M. | |
| 1971 Mar | 18 | Trial resumed, same jury & 2 alts., Respited to 9:30 3-19-71; Rem. ; J.Dwyer,Atty & PRATT, J.  Reps-A.M.-P.Harper; A.M.& P.M.-K.Byrholdt; P.M.-D.Spencer   Wm.T.Shannon,Atty | |
| 1971 Mar | 19 | Trial resumed; same jury & 2 alts.; Alts. Discharged; Accommodations for lunch for jury & 2 Marshals; Jury retires to deliberate; VERDICT: Ct. 1(AWIK w/a) GUILTY; Ct.2 No verdict necessary; Ct.3 (ArmRobb) GUILTY; Ct.4 No verdict necessary; Ct.5 (Sodomy) GUILTY; Ct.6 (CDW) GUILTY; Ct. 7 (1st Degr Murder) GUILTY-Jury unable to agree as to punishment.  Jury Polled; Jury Discharged.  Verdict form filed. PRATT, J.   Rep-K. Byrholdt   J.Dwyer,Atty & Wm.T.Shannon, Co-Counsel | |
| 1971 Mar | 22 | TR OF PRO of 3-15-71;Vol.1,Pages 1-232;TR OF PRO of 3-16-71;Vol.2,Pages 233-497; TR OF PRO of 3-17-71;Vol.3,Pages 498-684;TR OF PRO of 3-18-71; TR OF PRO of 3-19-71, Vol.5,Pages 842-948; Court Copies; Reporter-Byrholdt | |
| 1971 Mar | 11 | Mo for issuance of subpoena GRANTED.  PRATT, J. | |
| | | (CONTINUED) | |

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs. JOSEPH E. MARSHALL, JR. a/k/a Wesley R. Littmand and as John Johnson

Cr. No. 1895-69   Supplemental Page No. 2

| DATE | PROCEEDINGS |
|---|---|
| 1971 Jun 10 | SENTENCE: Ct. 1 (AWIKw/a) 10 yrs to 30 yrs; |
| | Ct. 3 (Arm Robb) 15 yrs to LIFE; |
| | Ct. 5 (Sodomy) 3 yrs to 10 yrs; |
| | Ct. 6 (CDW) One (1) yr.; said sentences to be served concurrently but AFTER TERMINATION of an 8 year sentence now being served in New York; Ct. 7 (1st Degree Murder) 20 yrs to LIFE, said sentence imposed under Ct. 7 will commence AFTER TERMINATION of sentences under Cts 1,3,5 & 6. The above sentences are to be served at the Federal Penitentiary, Marion, Illinois. This man is a public menace to life & safety and it is the firm recommendation of the Court that the Parole Board should NEVER release him into society under any circumstances. Rem/ John Dwyer, Esq. PRATT, J.    Rep-Phyllis Harper |
| 1971 Jun 10 | Notice of Appeal from sentence of 6-10-71. |
| 1971 Jun 11 | Copy of docket entries sent to USCA & U. S. Atty, Copy of Notice of Appeal sent to USCA, U. S. Atty, atty & deft. |
| 1971 Jun 11 | ORDER referring appointment of counsel to USCA. PRATT, J. (N) |
| 1971 Jun 24 | Cert. copy of ORDER USCA 6-22-71 apptg. Robert N. Hausman and directing clerk to transmit record peomptly upon filing of transcripts as business of office will permit. |
| 1971 Jun 11 | J & C of 6-10-71, filed  PRATT, J. |
| 1971 Jul 8 | Record on appeal delivered to USCA; In Forma Pauperis (Clerk's fee $4.90 w/c) Receipt from USCA for Orig. Rec. filed. |
| 1971 Nov 24 | ORDER certifying 2 groups of Photographs to USCA as Supplemental Record (371/n) PRATT, J |
| 1971 Nov 26 | Govt's. exhibits Nos. A thru L & Govt's. Exhibits Nos. 5 thru 13 certified to USCA as a suppl. record on appeal. |
| 1971 Nov 29 | Supplemental Record on Appeal delivered to USCA; In Forma Pauperis (Clerk's fee 50 cents) Receipt from USCA for Supplemental Record filed |
| 1973 Oct 25 | RECORD returned 10-25-73 from USCA; receipt acknowledged. |
| 1973 Nov 9 | CERTIFIED copy of Judgment USCA 10-17-73 AFFIRMING conviction and REMANDING case to District Court for further proceedings; OPINION attached. |
| 1974 Feb 22 | PETITION for writ of Habeas Corpus Ad Pros. ordered and issued.   PRATT, J. |

CONTINUED

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. JOSEPH E. MARSHALL, JR.   Cr. No. 1895-69   Supplemental Page No. 3

| DATE | PROCEEDINGS |
|---|---|
| 1974 Feb 28 | MOTION for a new trial based on newly discovered evidence; Memorandum of law; Attachment (1). |
| 1974 Mar 6 | ORAL MOTION of Government to allow 10 days to file response to defendants motion for new trial, heard & granted; HEARING held pursuant to Remand USCA Court rules prior convictions held admissable (Order to be presented.); remanded  PRATT,J    Rep-Richard Mattson    John J. Dwyer & R.M. Hausman, Attys |
| 1974 Mar 12 | ORDER authorizing transcript of hearing on REMAND on 3-6-74;(Rep: R.Mattson) #137135    PRATT,J. |
| 1974 Mar 14 | OPPOSITION of Government to Motion for New Trial based on newly discovered evidence;C/S |
| 1974 Mar 21 | DEFENDANT's objection to Government's proposed Memorandum & Order.  DEFENDANT's Reply to Government's Opposition to Motion for a New Trial based on newly discovered evidence. |
| 1974 Mar 25 | MOTION of defendant for a new trial based on newly discovered evidence, DENIED (FIAT) (N) PRATT,J.  MEMORANDUM & ORDER affirming defendant's conviction as determined by the Court of Appeals Order in D. C. Cir. No. 71-1491. (N) PRATT,J. |
| 1974 Mar 27 | TRANSCRIPT OF PROCEEDINGS of 3-6-74; Pages 1-45;Court copy; Rep-R.L.Mattson |
| Apr 2 | NOTICE of appeal from the denial of motion for a new trial based on newly discovered evidence and Memorandum and Order affirming deft's conviction determined by the Court of Appeals Order. |
| Apr 2 | COPIES of docket entries to AUSA & USCA, Copies of Notice of Appeal to AUSA, USCA, Atty & Deft. |
| Apr 5 | ORDER referring appointment of counsel to USCA; PRATT,J. |
| May 10 | ORDER extending time for transmittal of record to USCA for 30 days.(N) PRATT,J |

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs. JOSEPH E. MARSHALL, JR.    Cr. No. 1895-69    Supplemental Page No. 4

| DATE | | PROCEEDINGS |
|---|---|---|
| 1974 Jun | 11 | ORDER extending time for transmission to USCA to 7-1-74. PRATT, J. |
| | 11 | APPEARANCE of George F. Knox, Sr. entered as retained counsel. filed PRATT, J.  Rep. K. Bryholdt. |
| Jul | 1 | PRELIMINARY RECORD ON APPEAL delivered to USCA; receipt acknowledged. |
| July | 22 | CERTIFIED copy of ORDER dated 7-18-74 APPOINTING Robert N. Hausman and extending time for the filing of the complete record on appeal for a period of 30 days from 7-18-74. |
| Jul | 30 | WRIT of Habeas Corpus ad Prosequendum issued 2-22-74 returned fully executed by returning deft to Attica Correctional Facility, N.Y. on 7-10-74. |
| Aug | 5 | ORDER of 8-2-74 appointing John Dwyer Nunc Pro Tunc 1-1-74, Affidavit to be filed with Court papers.  BURNETT, MAG.    #285061 |
| Aug | 27 | ORDER dated 8-26-74 from U.S.C.A., that the time for the Clerk of the District Court to transmit the record on appeal is extended for a period of ten (10) days from the date of this order. |
| Sep | 3 | STIPULATION that the copies of the pleadings and transcripts of the hearing on file of the Clerk's Office (the original file having been lost or misplaced) are copies of the original pleadings and transcripts of proceedings, and that these are necessary for determination of the appeal. |
| Sep | 4 | RECORD delivered USCA, receipt acknowledged.  ( 74-1694) |
| Oct. | 2 | ORIGINAL file located by Federal Record Center, including all Exhibits, transmitted to USCA; receipt acknowledged. |
| Oct | 17 | ORIGINAL file, with exhibits and one Transcript, prepared and del. to USCA as a record pursuant to request of Mr. Bonner of USCA; Receipt acknowledged. (USCA No. 74-1694) |
| CONTINUED | | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. JOSEPH E. MARSHALL, JR.     Cr. No. 1895-69     Supplemental Page No. 5

| Date | | Proceedings |
|---|---|---|
| 1975 Mar | 10 | CERTIFIED copy Judgment U.S.C.A., Affirming Judgment of the District Court. (Opinion) |
| Apr | 7 | TRANSMITTAL sheet from U.S.C.A. with original record from the District Court; reconstructed file with reporter's transcripts (5) volumes. Original supplemental record containing the District Court's file copy of the reporters transcript of proceedings, or portions-thereof. (1) volume of reporter's transcript and one envelope of exhibits. |
| Jun | 2 | PRO SE motion for reduction of sentence. |
| Jun | 4 | PRO se motion of defendant for reduction of sentence. Denied (FIAT) (N) PRATT, J. |