# Exhibit C

Letter from Joseph Marshall

Mr. Joseph E. Marshall
Reg. No. 02419-135

9/23/2019

Re: United States Parole Commission.

Dear Mr./Ms. Parole examiner.

My name is Joseph E. Marshall, Reg. No. 02419-135 and I'm presently confined at the U.S. Federal Penitentiary in Tucson, Arizona...

I am writing you this letter because I am scheduled to have a parole hearing on the Nov. 2019 Docket and it is my hope that this letter will give you a mental picture of the person I am today.

I was raised in a family with four brothers and 2 sisters of which I am the oldest... My Mother and father did their very best to instill in me principals of right and wrong, but growing up in a extremely impovished area in S.E. Washington, D.C., at a very age I becames involved with alcohol and drugs which resaulted in my becoming submerged in the culture of the streets and becoming a Juvenile delinquent with numerous appearances in the Juvenile court... At the age of 14 years old. "for Robbery." I was committed to the National Training school for Boys until my 18 birthday... After my release from the National Training school I continued to use drugs and Alcohol and live a Life of crime. In 1965, I was charged with Assault to Commit Grand Larceny—

and sentence to 20 months to 5 years in the D.C. Dept. of Corrections... I was released in 1968 and my attitude hadn't changed. I was still without any moral values or principles and my life of crime continued until I was arrested and charged with my current offenses for which I received a sentence of 35 years to Life...

Though most of my juvenile years, I was in the streets, out of control and nothing mattered except my own survival...

The Judge, because of my lengthy sentence, recommended that I serve my time at the U.S. Federal Prison in Marion, Illinois.

In the early stages of my incarceration, I was a serious management problem and because of my angry attitude I was housed in behavior modification units for the first ten years of my sentence. During these years I was an angry person and blamed everyone for my problems except myself. It was in the Behavior Modification Unit in Marion, Ill, that I came face to face with myself and began to realized that my anger was self induced and at that point I knew I had to change my life because I was on a path/collision to my own destruction... I began to read books to educate myself and eventually I studied and was able to obtain my Ged which was a great acheivement for me because I had to apply myself and use my-

mind in a possitive manner. I've since completed numerous programs offered by the B.O.P. "Anger Management, Victim Impact, stress management." I have many more program acheivement Certificates that I will present at my parole hearing... I have been given Commendations for my ability to communicate with staff and inmates at the facilities that I've been assigned to, and God Willing, I plan to use my prison experience to help troubled youth find better ways to live than the "streets", which leads to prisons of one form or another. I have spent almost 50 years in prison. I take full responsibility for my crimes, and I am completely remorseful for the harm and hurt that I have caused. I have prayed many nights, asking God to forgive me and to help me become a better person... I'm no longer the hard hearted person that I was in my youth. I am a man now and I want to use the remaining years of my life helping humanity in any way that I can...

If I am granted parole, I plan to live with my future wife, who I have known for over 42 years, and be a law abiding citizen.

I pray that through this letter and my appearence at my parole hearing, you will see that I am not the same person who committed those crimes so many years ago. I am respectfully asking the parole Commission to give me the chance to prove that I have changed

my life for the better and can function in society. I am now thanking you in advance for you time and cooperation, and pray your response will be favorable. -

Sincerely
Mr. Joseph E. Marshall
Reg. No. 02419-135