# <u>Exhibit D</u>

## Notices of Action

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>90 K Street, N.E., 3rd Floor<br>Washington, D.C.  20530 | **Notice of Action** |

| | |
|---|---|
| Name:  MARSHALL, Joseph | Institution: Hazelton USP |
| Register Number:  02419-135 | |
| DCDC No:  143-707 | Date:        November 26, 2018 |

As a result of the hearing conducted on October 31, 2018, the following action was ordered:

Deny parole.  Schedule for a rehearing in October 2019.

**REASONS**:

The Commission is denying your parole for the following reasons:  The Commission has determined that you remain as a public safety risk, based upon your extensive violent criminal history, the high level of violence demonstrated during the commission of the instant offenses and your failure to participate in sex offender treatment, which may minimize the probability of your reoffending. Specifically, the instant offenses involved your sexually assaulting the female victim and cutting her and her spouse with a knife. During a separate incident, you shot 2 people, killing the female victim. Furthermore, your criminal history includes charges of larceny, 1st Degree Murder and Attempted Murder of a Police Officer. Even though not convicted of all of the aforementioned offenses, you have admitted to the conduct. The Commission acknowledges that your institutional conduct has significantly improved and you have continued to participate in programming. The Commission, however, has conclude that Sex Offender Treatment is necessary to minimize the probability of your reoffending and the risk that you pose to the community.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer.  In certain cases, copies may also be sent to the sentencing court.  You are responsible for advising any others you wish to notify.

cc:      Offender Processing Unit
         300 Indiana Avenue, N.W., Suite 2070
         Washington, D.C.  20001

         Designation & Sentence Computation Ctr
         U.S. Armed Forces Reserve Complex
         Grand Prairie Office Complex
         346 Marine Forces Drive
         Grand Prairie, TX  75051

| U.S. Department of Justice<br>United States Parole Commission<br>90 K Street, N.E., 3rd Floor<br>Washington, D.C. 20530 | **Notice of Action** |
|---|---|

| | |
|---|---|
| Name: Marshall, Joseph<br>Register Number: 02419-135<br>DCDC No: 143-707 | Institution: Cumberland FCI<br><br>Date:   August 3, 2016 |

As a result of the hearing conducted on July 14, 2016, the following action was ordered:

Deny Parole. Continue for a reconsideration hearing in July 2021 after the service of 60 months from your hearing date of July 14, 2016

**REASONS**:

The Commission is denying your parole for the following reasons: The level of violence in your instant offenses and your prior serious criminal history is significant. Specifically, your instant offenses involved sexual assault and you using a knife to slash two victims. Then during a separate offense, you had a dispute with several people and shot two of them, killing one female. Further your prior criminal history involved similar violence behavior in which you sexually assaulted two young boys around 1960, you were charged with larceny and 1st degree murder in 1964 and then in 1969, you fired shots at police and were charged with attempted murder on a police officer. You admit to the criminal conduct even though you may not have been convicted. These offenses highlight your inability to conform your behavior to follow the law and indicates your high risk to engage in further criminal activity if released. For these reasons, parole is denied and you will not have another hearing for 60 months.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     Offender Processing Unit
        300 Indiana Avenue, N.W., Suite 2070
        Washington, D.C. 20001

        Designation & Sentence Computation Center
        U.S. Armed Forces Reserve Complex
        Grand Prairie Office Complex
        346 Marine Forces Drive
        Grand Prairie, TX 75051