# Exhibit H

Letter from Patricia Vasicek

To whom it may concern,      August 30, 2019

I am writing this letter in support of the parole application of Joseph F. Marshall.

Joseph and I have known one another for approximately 42 years. We have the ability to express ourselves well with one another, and we are respectful, honest, and forth coming in our relationships regarding concerns, feelings, and plans for the future.

I would like for him to come to live with me. I live in a peaceful, rural community in North central Wisconsin. I own my own home and have lived here for over 40 years. I have reliable transportation and can provide adequate shelter and food.

Joseph and I have a positive relationship and are very supportive of one another. In the years I have known him, he has always accepted actions and responsibility for his confinement. I can honestly say that I have seen alot of positive growth in him during the many years we've known one another. His religion is very important to him and I feel it is a very positive part of his life as well.

Respectfully Submitted,
Patricia A. Vasick
615 Park Street, PO Box 86
Prentice WI 54556-0086

In addition I would like to mention that Joseph has shown me, during many of our interactions, that he has the intention to remain committed to positivity and staying tobacco, alcohol, and drug free.

I have high respect for him and I intend to be supportive of him in his growth against recidivism.

— Patricia