# Government Exhibit C

```
 BOP4V   535.03 *             INMATE PROFILE              *      08-12-2020
 PAGE 001                                                               16:58:42
           08440-007          REG
 REGNO: 08440-007                FUNCTION: PRT  DOB/AGE.:  ▓▓▓▓▓▓▓  / 57
 NAME..: PARKER, JEFFREY                         R/S/ETH.: B/M/O    WALSH: NO
 RSP..: EDG-EDGEFIELD FCI                        MILEAGE.: 288 MILES
 PHONE: 803-637-1500          FAX: 803-637-9840
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..: 230027X9
  PROJ REL DATE..: 11-29-2060                    INS NO..: N/A
  PAR ELIG DATE..: N/A                           SSN.....: ▓▓▓▓▓▓▓
  PAR HEAR DATE..:              PSYCH: NO        DETAINER: YES      CMC..: YES
 OFFN/CHG RMKS: AGGRAVATED ASSAULT WITH A WEAPON, THREATS TO INJURE PERSON
 OFFN/CHG RMKS: 66 YRS, 5 YRS SR   F-5931-02
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - EFF DATE   TIME
    EDG  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-12-2020 1328
    EDG  ST BILLING NBL DC     NOT BILBL DISTRICT OF COLUMBIA 04-05-2017 1031
    EDG  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH           06-22-2010 1431
    EDG  CARE LEVEL CARE2      STABLE, CHRONIC CARE          02-19-2013 0932
    EDG  COR COUNSL C-2        D. LIGGINS X1676              08-12-2020 1328
    EDG  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO        10-02-2018 1007
    EDG  CASE MGT   DEPEND N   DEPENDENTS UNDER 21 - NO      10-02-2018 1007
    EDG  CASE MGT   PHOTO ID N PHOTO ID - NO                 10-02-2018 1007
    EDG  CASE MGT   RPP PART   RELEASE PREP PGM PARTICIPATES 06-28-2012 0846
    EDG  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO     10-02-2018 1007
    EDG  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO    10-02-2018 1007
    EDG  CASE MGT   VETERAN N  VETERAN - NO                  10-02-2018 1007
    EDG  CASE MGT   V94 CVA913 V94 CURR VIOL ON/AFTER 91394  03-08-2004 1031
    EDG  CASE MGT   V94 PV     V94 PAST VIOLENCE             07-28-2011 1332
    EDG  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY  04-30-2007 1804
    EDG  CORR SVCS  RAN NEG    RANDOM DRG TST-NEGATIVE       10-13-2006 1005
    EDG  CORR SVCS  SAT NEG    SATURATION DRG TST-NEGATIVE   03-03-2004 1600
    EDG  CASEWORKER C-2        F. DANFORTH EXT 1668          08-12-2020 1328
    EDG  CUSTODY    IN         IN CUSTODY                    12-12-2003 1013
    EDG  DRUG PGMS  DRG I NONE NO DRUG INTERVIEW REQUIRED    03-08-2004 1033
    EDG  DRUG PGMS  ED COMP    DRUG EDUCATION COMPLETE       02-26-2014 1439
    EDG  DESIG/SENT ALPHA      TEAM ALPHA                    09-01-2006 1430
    EDG  EDUCATION  ANGER MGT  ACE ANGER MANAGEMENT          07-02-2020 1223
    EDG  EDUC INFO  ESL HAS    ENGLISH PROFICIENT            03-03-2004 1307
    EDG  EDUC INFO  GED DN     DROPPED GED NON-PROMOTABLE    11-30-2015 1321
    EDG  EDUC INFO  GED UNSAT  GED PROGRESS UNSATISFACTORY   11-23-2009 1306
    EDG  FIN RESP   COMPLT     FINANC RESP-COMPLETED         03-13-2012 1425
    EDG  FIRST STEP FTC INELIG FTC-INELIGIBLE-REVIEWED       12-11-2019 1611
    EDG  FIRST STEP INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 12-17-2019 1418
    EDG  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO            08-06-2020 1516
    EDG  FIRST STEP N-WORK Y   NEED - WORK YES               08-06-2020 1516
    EDG  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL     01-26-2021 2121
    EDG  LEVEL      MEDIUM     SECURITY CLASSIFICATION MEDIUM 03-09-2017 0938
    EDG  MED DY ST  C19-T NEG  COVID-19 TEST-RESULTS NEGATIVE 08-05-2020 1637
    EDG  MED DY ST  LOWER BUNK LOWER BUNK REQUIRED           09-20-2018 1033
    EDG  MED DY ST  MED HOLD   MEDICAL HOLD - DO NOT TRANSFER 07-09-2020 0935
    EDG  MED DY ST  REG DUTY W REGULAR DUTY W/MED RESTRICTION 09-23-2014 1232
    EDG  MED DY ST  STAND RSTR NO PROLONGED STANDING         12-31-2014 0910
    EDG  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE      09-23-2014 1232

 G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOP4V  535.03 *              INMATE PROFILE            *     08-12-2020
PAGE 002 OF 002                                               16:58:42
            08440-007          REG
REGNO: 08440-007            FUNCTION: PRT DOB/AGE.: █████████ / 57
NAME.: PARKER, JEFFREY                  R/S/ETH.: B/M/O    WALSH: NO
RSP..: EDG-EDGEFIELD FCI                MILEAGE.: 288 MILES
PHONE: 803-637-1500       FAX: 803-637-9840
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE  TIME
     EDG  PGM REVIEW JAN        JANUARY PROGRAM REVIEW         01-24-2021 2102
     EDG  QUARTERS    C03-119L  HOUSE C/RANGE 03/BED 119L      08-12-2020 1328
     EDG  ████████    ████████████████                         03-08-2004 1429
     EDG  UNIT        C1/2M     H. TAYLOR X1666                08-12-2020 1328
     EDG  ████████████████      ██████████████████████         04-16-2020 0001
     EDG  WAITNG LST CIMCOMPLT  CIM CASE COMPLETED             04-15-2017 0837
     EDG  WRK DETAIL AM REC YD1 AM RECREATION (7:30AM-10:00AM) 08-12-2020 1328




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```