# Government

# Exhibit D

```
  BOPEG            *       INMATE DISCIPLINE DATA           *     09-24-2020
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD     *     14:18:09

REGISTER NO: 02419-135 NAME..: MARSHALL, JOSEPH E
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 09-24-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3187283 - SANCTIONED INCIDENT DATE/TIME: 10-31-2018 1748
UDC HEARING DATE/TIME: 11-02-2018 0145
FACL/UDC/CHAIRPERSON.: HAZ/D/VANKIRK
REPORT REMARKS.......: SECTION 11 SUPPORTS THE CHARGE
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP COMM    / 30 DAYS / CS
                 FROM: 11-02-2018  THRU: 12-01-2018
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1738982 - SANCTIONED INCIDENT DATE/TIME: 05-30-2008 1520
UDC HEARING DATE/TIME: 06-04-2008 1425
FACL/UDC/CHAIRPERSON.: CUM/UNIT A/T.GIARTH
REPORT REMARKS.......: ADMITTED TO OFFENSE
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:   LOSS OF COMMISSARY FROM 6-4-08 TO 7-4-08
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 463959 - SANCTIONED  INCIDENT DATE/TIME: 01-14-1997 1600
UDC HEARING DATE/TIME: 01-16-1997 0850
FACL/UDC/CHAIRPERSON.: THA/3/HEADY
APPEAL CASE NUMBER(S): 126889
REPORT REMARKS.......: BASED ON THE OFFICERS STATEMENT IN THE REPORT THAT
                       MARSHALL FAILED TO STAND COUNT.
   320  FAILING TO STAND COUNT - FREQ: 1
        LOSE PRIV  / 7 DAYS / CS
        COMP:     LAW:    7 DAYS COMMISSARY RESTRICTION




  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```